UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS GARNICA PACHECO,

Defendant.

CASE NO. CR26-005-2 KKE

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged conspiracy to distribute controlled substances and possession of controlled substances with intent to distribute. The offenses carry a rebuttal presumption that Defendant is a flight risk and a danger to the community. The Court finds Defendant fails to overcome the presumption. Defendant was born in the district and numerous family members appeared in support. This mitigates the risk of flight he might pose. However, the evidence he is a danger to the community is high. The strength of the evidence against Defendant is strong. The offense is serious and involves a significant amount of drugs and the use of firearms. When

DETENTION ORDER - 1

defendant's residence was searched a large number of firearms were seized. The Court accordingly concludes detention is appropriate.

It is therefore **ORDERED**:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 21st day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2