UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR26-0005-KKE-2 |
| Plaintiff(s), | ORDER DENYING MOTION FOR A CONTINUANCE |
| v. | |
| JUAN CARLOS GARNICA PACHECO, | |
| Defendant(s). | |

Defendant Juan Carlos Garnica Pacheco filed a motion to continue the trial date and pretrial motions deadline in this matter, noting the motion for the same day.  Dkt. No. 51.  The motion does not indicate that the motion is unopposed by the Government (or joined by the co-Defendants), and thus was improperly noted as a same-day motion.

Moreover, the Court is not available on the new trial date requested by Defendant, and the speedy trial waiver on file (Dkt. No. 51-1) is valid only through the new trial date requested.

Accordingly, the Court DENIES the motion (Dkt. No. 51) without prejudice to re-filing. Defendant's counsel is directed to meet and confer with counsel for the co-Defendants and to confer with the courtroom deputy at KKEcrd@wawd.uscourts.gov to determine the Court's

ORDER DENYING MOTION FOR A CONTINUANCE - 1

availability, before renewing a motion to continue.

Dated this 12th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR A CONTINUANCE - 2